# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | CV F   04 6039 REC LJO P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JANUARY 10, 2006.  (Doc. 9.)<br><br>ORDER DIRECTING CLERK OF COURT RESERVE ORDER DISMISSING WITH LEAVE TO AMEND (Doc. 7) ON PLAINTIFF INCLUDING CDC IDENTIFICATION NUMBER |

　　Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on July 5, 2004, naming Derral Adams, Darrow Hetebrink, Michael Raymond and Does 1 through 25 as Defendants.

　　On November 22, 2005, the Court issued an Order dismissing the action with leave to amend.  The Order was served on Plaintiff at his current place of incarceration, however, it was returned to the Court as undeliverable.

　　On January 10, 2006, the Court issued Findings and Recommendations to dismiss the action for Plaintiff's failure to comply with a court Order.  The Findings and Recommendations were also returned to the Court marked "no prison identification number."  A review of the record shows that Plaintiff did provide his prison identification number but it was omitted from

when the Order was mailed to Plaintiff.  In light of this error, the Court HEREBY ORDERS:

1. The Findings and Recommendations issued January 10, 2006, are VACATED:
2. The Clerk of Court is DIRECTED to reserve the Order dismissing the Complaint with leave to amend on Plaintiff ensuring that the prison identification number is included on the service documents an envelope so as to reach Plaintiff.

IT IS SO ORDERED.

**Dated:   January 25, 2006**             /s/ Lawrence J. O'Neill
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE