UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADAMS, et. al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CV F　04 6039 REC LJO P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT.  (Doc. 13.) |

　　Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on July 5, 2004, naming Derral Adams, Darrow Hetebrink, Michael Raymond and Does 1 through 25 as Defendants.

　　On November 22, 2005, the Court dismissed the Complaint with leave to amend. Plaintiff was given thirty days from the date of service of that order in which to comply, however, no Amended Complaint was filed.  In fact, the Order sent to Plaintiff had been returned.  Thus, the Court issued Findings and Recommendations on January 10, 2006, to dismiss the action for failure to prosecute and state a claim for relief.  That Order was also returned to the Court indicating that there was no prison identification number on the mail. Thus, the Court vacated the Findings and Recommendations and directed the Clerk to reserve the documents including the Department of Corrections identification number.  Mail was again returned to the Court.  It was discovered that the docket reflected two entries for Plaintiff, one

which included the identification number and one without. Thus, it appeared that although Plaintiff's mail was being returned, at least one copy of the Order served each time was reaching him as it included the prison identification number.

On March 27, 2006, Plaintiff moved for an extension of time to file an Amended Complaint. Plaintiff states that the Court's Order dismissing with leave to amend did not have a deadline in it. This is incorrect. The Order clearly gives Plaintiff thirty days from the date of service of the Order. Given the circumstances described above, however, the Court will grant Plaintiff an additional thirty days to submit an Amended Complaint that cures the deficiencies outlined in the Court's Order dismissing with leave to amend.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff is granted THIRTY days from the date of service of this Order to submit an Amended Complaint.

Plaintiff is forewarned that his failure to comply with this Order may result in a Recommendation that the complaint be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   March 30, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE