UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>       Plaintiff,<br><br>v.<br><br>D. ADAMS, et al.,<br><br>       Defendants. | 1:04-CV-6039 REC LJO P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #15) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:    May 11, 2006**            /s/ Lawrence J. O'Neill
b6edp0                                 UNITED STATES MAGISTRATE JUDGE