UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　Defendants. | 1:04-CV-6039 AWI LJO P<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC (Doc. 22-2)<br><br>ORDER DENYING REQUEST FOR ORDER REGARDING ENVELOPES (Doc. 22-1.) |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On August 22, 2006, plaintiff filed a motion to extend time to file an amended complaint, and requested the court order the prison provide him with envelopes to mail the amended complaint. Inasmuch as plaintiff filed the amended complaint on August 22, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT

　　　　1. Plaintiff's motion to extend time to file an amended complaint is GRANTED nunc pro tunc.

　　　　2. Plaintiff's motion the prison provide him with envelopes to mail the amended complaint is DISREGARDED as moot, due to the fact the amended complaint was filed August 22, 2006.

IT IS SO ORDERED.

**Dated:　August 25, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE