UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUETZAL CONTRERAZ, | ) | 1:04-cv-06039-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST FOR |
| | ) | COURT ORDER DIRECTING PRISON |
| v. | ) | TO SUPPLY PLAINTIFF WITH A PEN |
| | ) | OR PENCIL AND ACCESS TO THE |
| D. ADAMS, et al., | ) | LAW LIBRARY |
| | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| Defendants. | ) | TIME TO FILE AMENDED COMPLAINT |
| | ) | (DOCUMENT #27) |
| | ) | |
| | ) | NINETY DAY DEADLINE TO FILE |
| | ) | AMENDED COMPLAINT |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2008, plaintiff filed a motion for a court order directing the prison to allow him access to the law library, directing the prison to provide plaintiff with a pen or pencil, and granting him a ninety-day extension of time to file an amended complaint. Plaintiff makes these requests in order to comply with the court's order of June 11, 2008, which ordered plaintiff to file an amended complaint within thirty days. Plaintiff explains that he faces delays at the prison out of his control due to restricted access to the law library and no prison-issued pen or pencil.

With regard to plaintiff's requests for a court order directing the prison to change its procedures as they apply to plaintiff, the court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are

needed to preserve internal order and discipline and to maintain institutional security." <u>Whitley v. Albers</u>, 475 U.S. 312, 321-322 (1986) (*quoting* <u>Bell v. Wolfish</u>, 441 U.S. 520, 547 (1970). Accordingly, the court shall defer to the prison's policies and practices in granting access to the law library and issuing pens and pencils. However, to enable plaintiff to prepare an amended complaint pursuant to the court's order, plaintiff shall be granted a ninety-day extension of time.

      Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for a court order directing the prison to allow him access to the law library and to issue him a pen or pencil are DENIED; and
2. Plaintiff is GRANTED ninety days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of June 11, 2008.

IT IS SO ORDERED.

Dated:   **July 7, 2008**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE