# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ, | 1:04-cv-06039-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| ADAMS, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Quetzal Contreraz ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2004. On June 11, 2008, the undersigned dismissed plaintiff's amended complaint for failure to state a claim upon which relief may be granted and ordered plaintiff to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff requested and was granted a thirty-day extension of time to file the second amended complaint. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on plaintiff's failure to state any claims upon which relief may be granted under section 1983.

1  These Findings and Recommendations will be submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30)**
3 **days** after being served with these Findings and Recommendations, plaintiff may file written
4 objections with the Court. The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d
7 1153 (9th Cir. 1991).

9  IT IS SO ORDERED.
10  Dated:   **October 17, 2008**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE