# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZALA CONTRERAZ, a.k.a.<br>LOFOFORA EVA CONTRERAZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>ADAMS, et al.,<br><br>                    Defendants. | CASE NO. 1:04-cv-06039-LJO-GSA PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 32) |

Michael Contreras AKA Lofofora Eva Contreras ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 30, 2004. (Doc. 1.) The Court screened Plaintiff's Complaint and dismissed it with leave to amend. (Doc. 7.) On August 22, 2006, Plaintiff filed the First Amended Complaint, (Doc. 21), which was also screened and dismissed with leave to amend (Doc. 26). On January 22, 2009, Plaintiff filed the Second Amended Complaint. (Doc. 32.) The Court screened the Second Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against Defendants Derral Adams, Darrow Hetebrink, and Michael Raymond for violating his right to Free Exercise under the First Amendment and his right to Equal Protection under the Fourteenth Amendment.[1]  Fed. R. Civ. P.

---

[1] The inclusion of Doe defendants is permissible, and Plaintiff may amend the complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure once the identity of any such Doe defendants are known through discovery, or other means.  Merritt v. Los Angeles, 875 F.2d 765, 768 (9th Cir. 1989); see Swartz v. Gold Dust Casino, Inc., 91 F.R.D. 543, 547 (D. Nev. 1981).

1

8(a); <u>Swierkiewicz v. Sorema N. A.</u>, 534 U.S. 506, 512-15 (2002); <u>Austin v. Terhune</u>, 367 F.3d 1167, 1171 (9th Cir. 2004); <u>Jackson v. Carey</u>, 353 F.3d 750, 754 (9th Cir. 2003); <u>Galbraith v. County of Santa Clara</u>, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    WARDEN DERRAL ADAMS

    CHAPLAIN MICHAEL RAYMOND

    CHAPLAIN DARROW HETEBRINK

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed January 22, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each Defendant listed above; and

    c. Four (4) copies of the endorsed Second Amended Complaint filed January 22, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **December 1, 2009**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE