UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUETZAL CONTRERAZ, | ) | 1:04-cv-06039-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST FOR |
| | ) | COURT ORDER DIRECTING PRISON |
| v. | ) | OFFICIALS TO RETURN PLAINTIFF'S |
| | ) | LEGAL MATERIALS |
| D. ADAMS, et al., | ) | (Doc. 50.) |
| | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| Defendants. | ) | TIME TO FILE RESPONSE TO MOTION |
| | ) | TO DISMISS |
| | ) | |
| | ) | FORTY-FIVE DAY DEADLINE |
| | ) | |
| _____ | ) | |

Quetzal Contreraz ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2010, Plaintiff filed a motion for a court order directing prison officials to provide him with his legal materials, which he requires to prepare a response to Defendant Adams' motion to dismiss of May 17, 2010. (Doc. 50.) Plaintiff explains that he was placed in Ad-Seg in June 2010 and has not been given all of his legal materials. Plaintiff asserts that he filed a prison grievance for return of his materials, but he has not received a response.

With regard to Plaintiff's request for a court order directing prison officials to return his legal materials, the Court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve

internal order and discipline and to maintain institutional security." Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (*quoting* Bell v. Wolfish, 441 U.S. 520, 547 (1970).  Accordingly, the Court shall defer to the prison's policies and practices in granting Plaintiff access to his property while he is retained in Ad-Seg.  However, Plaintiff shall be granted additional time in which to file a response to Defendants' motion to dismiss.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a court order directing prison officials to return his legal materials is DENIED; and
2. Plaintiff is GRANTED forty-five days from the date of service of this order in which to file a response to Defendants' motion to dismiss of May 17, 2010.

IT IS SO ORDERED.

**Dated:   October 6, 2010**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2