IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ, | 1:04-cv-06039-LJO-GSA (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF DECEMBER 10, 2010 |
| vs. | (Doc. 56.) |
| D. ADAMS, et al., | ORDER GRANTING PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| Defendants. | (Doc. 55.) |
| _____/ | 60-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On December 10, 2010, the court entered findings and recommendations, recommending that this action be dismissed based on Plaintiff's failure to prosecute this action. (Doc. 56.) In light of the fact that Plaintiff filed a motion for extension of time on December 3, 2010, the findings and recommendations shall be vacated.

On December 3, 2010, Plaintiff filed a motion to extend time to file an opposition to Defendants' motion to dismiss. Good cause appearing, Plaintiff's motion shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on December 10, 2010, are

1 |     VACATED;
2 |     2.    Plaintiff's motion for extension of time, filed on December 3, 2010, is
3 |     GRANTED; and
4 |     3.    Plaintiff is granted sixty (60) days from the date of service of this order in which
5 |     to file an opposition to Defendants' motion to dismiss of May 17, 2010.

IT IS SO ORDERED.

**Dated:**   **December 15, 2010**                    **/s/ Gary S. Austin**
                                                                                      UNITED STATES MAGISTRATE JUDGE