# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ, | 1:04-cv-06039-LJO-GSA-PC |
| Plaintiff, | ORDER VACATING MOTION TO DISMISS FROM COURT'S CALENDAR |
| vs. | (Doc. 44.) |
| D. ADAMS, et al., | |
| Defendants. | |

Plaintiff Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2010, Defendant Adams filed a motion to dismiss this action. (Doc. 44.) On November 2, 2010, Defendant Hetebrink joined the motion to dismiss. (Doc. 54.) On February 25, 2011, following Plaintiff's motion, the Court granted Plaintiff an extension of time in which to file an opposition to the motion to dismiss. (Doc. 60.) In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion to dismiss is HEREBY DEEMED VACATED from the Court's calendar until such time as Plaintiff files his opposition and either Defendant files a reply or the motion is submitted pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   February 28, 2011            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE