# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv-06039-LJO-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 77.) |

Quetzal Contreraz ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on July 30, 2004. (Doc. 1.)

On October 17, 2011, the Court issued an order for Plaintiff to show cause why defendant Raymond should not be dismissed from this action for Plaintiff's failure to prosecute. (Doc. 77.) The Court based its order on the fact that defendant Raymond had been served but had not appeared in this action. On October 19, 2011, defendant Raymond joined the motion to dismiss filed by defendants Adams and Hetebrink on May 17, 2010. (Doc. 78.) In light of the fact that defendant Raymond has now appeared in this action, IT IS HEREBY ORDERED that the Court's order to show cause issued on October 17, 2011, is DISCHARGED.

　　　IT IS SO ORDERED.

　　　Dated: 　October 21, 2011　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE