IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ, | 1:04-cv-06039-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 80.) |
| vs. | |
| D. ADAMS, et al., | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Doc. 44.) |
| | ORDER DISMISSING CERTAIN FIRST AMENDMENT CLAIMS FROM THIS ACTION, BASED ON PLAINTIFF'S FAILURE TO EXHAUST REMEDIES |
| Defendants. | ORDER DISMISSING DEFENDANT HETEBRINK FROM THIS ACTION, BASED ON PLAINTIFF'S FAILURE TO EXHAUST REMEDIES |
| | ORDER FOR THIS CASE TO PROCEED ONLY AGAINST DEFENDANTS RAYMOND AND ADAMS, ON PLAINTIFF'S FIRST AMENDMENT CLAIMS CONCERNING INMATE GROOMING STANDARDS |

Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2012, findings and recommendations were entered, recommending that defendants' motion to dismiss be granted, dismissing certain claims and dismissing defendant Hetebrink from this

1

action, based on Plaintiff's failure to exhaust administrative remedies before filing suit. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 21, 2012, are ADOPTED in full;
2. Defendants' motion to dismiss, filed on May 17, 2010, is GRANTED;
3. Plaintiff's claims that defendants violated his First Amendment rights when they denied Plaintiff's request for a religious diet and denied Plaintiff's request for chapel access to perform full moon rituals are DISMISSED from this action, based on Plaintiff's failure to exhaust administrative remedies before filing suit;
4. Defendant Hetebrink is DISMISSED from this action, based on Plaintiff's failure to exhaust administrative remedies for the claims against him before filing suit;
5. This action now proceeds only against defendants Raymond and Adams, on Plaintiff's claims for violation of the Free Exercise Clause of the First Amendment based on the denial of Plaintiff's request for an exemption from the prison's inmate grooming standards for religious reasons; and
6. The Clerk is directed to REFLECT on the court's docket the dismissal of defendant Hetebrink from this action.

IT IS SO ORDERED.

**Dated:   May 1, 2012**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE