UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. ADAMS, et al.,<br><br>　　　　Defendants. | 1:04-cv-06039-LJO-GSA-PC<br><br>ORDER FOR DEFENDANTS ADAMS AND RAYMOND TO FILE ANSWER TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |

　　　　Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 30, 2004. (Doc. 1.)

　　　　On May 2, 2012, the Court granted in part defendants' motion to dismiss, dismissing defendant Hetebrink and some of Plaintiff's claims from this action. (Doc. 81.) As a result, this action now proceeds on Plaintiff's Second Amended Complaint filed on January 22, 2009, against defendants Derral Adams and Michael Raymond, on Plaintiff's claims for violation of the Free Exercise Clause of the First Amendment, based on the denial of Plaintiff's request for an exemption from the prison's inmate grooming standards for religious reasons. (Doc. 32.)

　　　　At this stage of the proceedings, defendants Adams and Raymond shall be required to file an Answer to Plaintiff's Second Amended Complaint. Accordingly, IT IS HEREBY ORDERED that within

1

thirty days from the date of service of this order, defendants Adams and Raymond shall file an Answer to Plaintiff's Second Amended Complaint of January 22, 2009.

IT IS SO ORDERED.

**Dated:   May 8, 2012**                          /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE