IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ, | 1:04-cv-06039-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 89.) |
| D. ADAMS, et al., | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS |
| | ORDER VACATING ORDERS GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING CDCR TO MAKE PAYMENTS FROM PLAINTIFF'S PRISON TRUST ACCOUNT |
| Defendants. | (Docs. 4, 5.) |
| | ORDER REQUIRING PLAINTIFF TO PAY $59.97 BALANCE OWED OF FILING FEE IN FULL WITHIN FIFTEEN (15) DAYS OR CASE WILL BE DISMISSED |

Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2012, findings and recommendations were entered, recommending that Plaintiff's in forma pauperis status be revoked, and Plaintiff be required to pay the $59.97 balance owed of the $150.00 filing fee in full within fifteen days. Plaintiff was provided an opportunity to file

1

objections to the findings and recommendations within thirty days.[1]  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 20, 2012, are ADOPTED in full;

2. Plaintiff's in forma pauperis status is REVOKED, pursuant to 28 U.S.C. § 1915(g);

3. The Court's orders of August 26, 2004, which granted Plaintiff in forma pauperis status and directed the Director of the California Department of Corrections and Rehabilitation or his designee to deduct payments for the $150.00 filing fee from Plaintiff's trust account, are VACATED;

4. The Clerk of the Court is DIRECTED to serve a copy of this order on (1) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division, and (2) the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF); and

5. Plaintiff is required to PAY the balance of **$59.97** owed for the filing fee for this action, in full, within **fifteen (15) days** or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   **January 17, 2013**           /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] On December 4, 2012, the U.S. Postal Service returned the findings and recommendations order to the Court as undeliverable, with a notation on the envelope "Undeliverable, Return to Sender." (Court Docket.) On December 6, 2012, Plaintiff notified the Court of his new address. (Doc. 90.)  On December 7, 2012, the Court re-served the order upon Plaintiff at his new address.  (Court Docket.)  More than thirty days have now passed since the date the Court re-served the order.