IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ, | 1:04-cv-06039-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| D. ADAMS, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Quetzal Contreraz ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2013, pursuant to 28 U.S.C. § 1915(g), the court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $59.97 balance due for the filing fee for this action within fifteen days. (Doc. 91.) The fifteen day time period for plaintiff to pay the filing fee has expired, and plaintiff has not complied with the court's order or otherwise responded to the order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the balance of the filing fee owed. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:  February 7, 2013          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE