# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUETZAL CONTRERAZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>D. ADAMS, et al.,<br><br>          Defendants. | 1:04-cv-06039-LJO-GSA-PC<br><br>ORDER DENYING MOTION FOR RETURN OF FEES PAID<br>(Doc. 96.) |

      Quetzal Contreraz ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed on February 8, 2013, based on Plaintiff's failure to obey the Court's order to pay the filing fees for this action.  (Doc. 92.)  On April 19, 2013, Plaintiff filed a motion for the Court to reimburse Plaintiff for partial filing fees paid in this case.  (Doc. 96.)

      The filing fee is collected by the Court as payment for filing the case, and this case was filed on July 30, 2004.  (Doc. 1.)  The subsequent dismissal of a case does not change the fact that the case was filed.  Therefore, Plaintiff is not entitled to reimbursement of any payment of the filing fee paid in this case.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for return of fees paid is DENIED.

IT IS SO ORDERED.

    Dated:   **April 26, 2013**                           **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE